UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01037-HDV-SP | Date | March 19, 2026 |
| Title | *Adama Augustus Sirleaf v. Warden et al* | | |

Present: The Honorable    Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

Not Present                  Not Present

**Proceedings:    (IN CHAMBERS) ORDER ENJOINING REMOVAL AND IDENTIFYING ISSUE TO BE BRIEFED**

Petitioner Adama Augustus Sirleaf, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus on March 5, 2026 ("Petition").  [Dkt. 1].

Upon initial review, the Court finds that the Petition may present some of the same post-removal revocation and re-detention issues discussed in *Delkash v. Noem*, No. 5:25-cv-01675-HDV-AGR (C.D. Cal. Aug. 28, 2025) [Dkts. 7, 18] and *Quan v. Bowen*, No. 25-cv-02546-HDV-PVC, 2025 WL 3691858 (C.D. Cal. Nov. 14, 2025) [Dkt. 14].  Specifically, the Court is concerned about whether the government complied with 8 U.S.C. § 1231 and 8 C.F.R. §§ 241.4(l), 241.13(i), including whether Petitioner was afforded proper notice and an "informal interview."  To that end, the government's briefs—the timing for which is set out in Magistrate Judge Pym's Order Requiring Response to Petition [Dkt. 3]—should thus address, along with anything else the government considers appropriate, Respondents' compliance with these statutory and regulatory requirements.

In the interim, based on the Court's inherent powers to preserve the status quo, Respondents are hereby *enjoined* from deporting Petitioner from the United States and *enjoined* from removing Petitioner outside the Central District of California.  *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947); *Belbacha v. Bush*, 520 F.3d 452, 456 (D.C. Cir. 2008).

Respondents are further ordered to disseminate this Order to the immigration agents in charge of processing Petitioner and to place a copy of this Order in the Petitioner's A-File.

**IT IS SO ORDERED.**